JOHN SADA, Respondent, *v.* THE GALLIE CORPORATION, Appellant.

Submitted June 4, 1945; decided July 19, 1945.

*Alvin C. Cass* for appellant.

*George H. Klein* and *Donald Marks* for respondent.

Order affirmed, with costs. Question certified answered in the negative. Leave to plaintiff to serve amended complaint is extended to twenty days after service of the order of affirmance. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.